UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Roland Kelley,

          Petitioner

v.

Jeremy Bean, et al.,

          Respondents

Case No. 2:26-cv-00985-CDS-DJA

**Dismissal Order**

Petitioner Roland Kelley has filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 and a motion for leave to proceed *in forma pauperis*. ECF Nos. 1 ("IFP application), 1-1 ("petition"). In his petition, Kelley challenges his judgment of conviction in case number C-18-330529-1. ECF No. 1-1 at 2. However, Kelley already has a pending federal petition, challenging this same judgment of conviction, in case number 2:25-cv-02579-JAD-DJA. In that case, District Judge Dorsey found that Kelley was ineligible for IFP status and ordered him to pay the $5.00 filing fee. Accordingly, because case number 2:25-cv-02579-JAD-DJA is still open and active, I dismiss this action as duplicative.

It is therefore ordered that the petition **[ECF No. 1-1] is dismissed without prejudice** as duplicative. A certificate of appealability is denied, as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong.

It is further kindly ordered that the Clerk of Court (1) add Aaron Ford, Attorney General of the State of Nevada, as counsel for the respondents,[1] (2) electronically provide the respondents' counsel a copy of the petition (ECF No. 1-1) and this order, (3) enter judgment, and (4) close this case.

Dated: April 2, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] No response is required from the respondents other than to respond to any orders of a reviewing court.